NORTHEAST WINE DEVELOPMENT, LLC, Doing Business as ALL STAR WINE & SPIRITS, Appellant, v SERVICE-UNIVERSAL DISTRIBUTORS, INC., Respondent, et al., Defendant.

Submitted January 23, 2006; decided April 4, 2006

Motion for leave to appeal, expressly limited to so much of the Appellate Division order as affirmed the dismissal of the complaint, granted.

NORTHEAST WINE DEVELOPMENT, LLC, Doing Business as ALL STAR WINE & SPIRITS, Appellant, v SERVICE-UNIVERSAL DISTRIBUTORS, INC., Respondent, et al., Defendant.

Submitted February 14, 2006; decided April 4, 2006

Motion by Empire Liquor Store Association, Inc. for leave to appear amicus curiae on the motion for leave to appeal herein granted and the memorandum of law is accepted as filed.

SUNG HWAN CO., LTD., Appellant, v RITE AID CORPORATION, Respondent.

Submitted March 6, 2006; decided April 4, 2006

Motion by Rite Aid Corporation to supplement the record on appeal denied. Cross motion by Sung Hwan Co., Ltd. to strike references in Rite Aid Corporation's brief to the "supplemental record on appeal" granted and said references are deemed stricken.

In the Matter of MAC TRUONG, a Disbarred Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted March 27, 2006; decided April 4, 2006

Motion for reconsideration of this Court's February 16, 2006 dismissal order denied [see 6 NY3d 799]. Motion, insofar as it seeks leave to appeal from the Appellate Division order of